Fill in this information to identify the case:

United States Bankruptcy Court for the:

District of Maryland

Case number (*If known*): _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   17Farmhaden LLC

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  
   36-5088223

4. **Debtor's address**

   **Principal place of business**  
   2423 SW 147th Ave.  
   Number    Street  
   #547  
   Miami    FL    33185  
   City    State    ZIP Code

   Miami-Dade County  
   County

   **Mailing address, if different from principal place of business**  
   17 Farm Haven Ct.  
   Number    Street  
   P.O. Box  
   Rockville    MD    20852  
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**  
   17 Farm Haven Ct.  
   Number    Street

   Rockville    MD    20852  
   City    State    ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**  
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 1

Debtor  **17Farmhaden LLC**
Name

Case number (*if known*) _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

**6514**

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

  ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When ___/___/_____  Case number _____
                                   MM / DD / YYYY
        District _____  When ___/___/_____  Case number _____
                                   MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.  Debtor _____  Relationship _____
        District _____  When ___/___/_____
                                          MM / DD / YYYY
        Case number, if known _____

---

Debtor  17Farmhaden LLC
_____
Name

Case number (*if known*)_____

| | |
|---|---|
| 11. **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>                                    Number        Street<br>_____<br>_____<br>City                                                                                     State            ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| 13. **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| 14. **Estimated number of creditors** | ☑ 1-49                 ☐ 1,000-5,000          ☐ 25,001-50,000<br>☐ 50-99              ☐ 5,001-10,000         ☐ 50,001-100,000<br>☐ 100-199            ☐ 10,001-25,000        ☐ More than 100,000<br>☐ 200-999 |
| 15. **Estimated assets** | ☐ $0-$50,000                    ☑ $1,000,001-$10 million         ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000              ☐ $10,000,001-$50 million        ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000             ☐ $50,000,001-$100 million       ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million           ☐ $100,000,001-$500 million      ☐ More than $50 billion |

Official Form 201              Voluntary Petition for Non-Individuals Filing for Bankruptcy              page **3**

Debtor  17Farmhaden LLC   Case number (*if known*)_____
        Name

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/19/2025
             MM / DD / YYYY

✘ /s/ Amadou B. Cisse                         Amadou B. Cisse
Signature of authorized representative of debtor    Printed name

Title  AMBR

### 18. Signature of attorney

✘ /s/ John D Burns                      Date  05/19/2025
Signature of attorney for debtor              MM / DD / YYYY

John D Burns
Printed name

The Burns Law Firm, LLC
Firm name

6305 Ivy Lane, Ste 340
Number   Street

Greenbelt                               MD        20770
City                                    State     ZIP Code

301-441-8780                            jburns@burnsbankruptcyfirm.com
Contact phone                           Email address

22777                                   MD
Bar number                              State

United States Bankruptcy Court
District of Maryland

In re: 17Farmhaden LLC

Debtor(s)

Case No.

Chapter 11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 05/19/2025

/s/ Amadou B. Cisse
Signature of Individual signing on behalf of debtor

AMBR
Position or relationship to debtor

Amadou B. Cisse
17 Farm Haven Ct.
Rockville
MD 20852


Comptroller of Maryland
Bankruptcy Unit
7 St. Paul Street, Ste. 230
Baltimore, MD 21202


Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201


DLLR
500 N Calvert St
Baltimore, MD 21202


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Montgomery County, Maryland
27 Courthouse Square
Suite 200
Rockville, MD 20850


Rainman Capital LLC
c/o Pardo & Drazin, LLC
4400 Jennifer St., NW, Ste. 2
Washington, DC 20015


State of Maryland - Dept of Assessments
301 W Preston St
Baltimore, MD 21202


State of Maryland Central Collection Unit
Attn.: Office of the Attorney General
300 W. Preston St., Rm 407
Baltimore, MD 21201


U.S Securities and Exchange Commission
100 F St NE
Washington, DC 20549


US Attorney for the District of Maryland
36 S Charles St Fl 4
Baltimore, MD 21201


US Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530